United States District Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **KEPING XIE,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01620** |
| | § | |
| **WARDEN, *et al.*,** | § | |
| **Respondents.** | § | |
| | § | |

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1), and Respondents' Response to Petition for Writ of Habeas Corpus, (Dkt. No. 10).

The Court would benefit from additional information from Petitioner on his date of entry to the United States. As such, Petitioner is **ORDERED** to file an advisory **by October 30, 2026,** specifically addressing when he entered the United States.

The Clerk of Court is **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to the address on file with the Court.

It is so **ORDERED**.

**SIGNED** on October 9, 2026.

John A. Kazen
United States District Judge